UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAYRA HUERTA, on behalf of herself and all other similarly situated persons, known and unknown,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ENVISION GRAPHICS, LLC, a/k/a ENVISION 3, and SUPERIOR PERSONNEL, INC.,<br><br>　　　　　Defendants. | Case No. 15-CV-07626<br><br>**Judge Virginia M. Kendall**<br><br>Magistrate Judge Geraldine Soat Brown |

**JOINT MOTION FOR COURT
APPROVAL OF SETTLEMENT, AUTHORIZATION TO SEND NOTICE AND
DISMISSAL OF COMPLAINT**

NOW COME Plaintiff, Mayra Huerta, on behalf of herself and all other similarly situated persons, known and unknown, and Defendants, Envision Graphics, LLC a/k/a Envision 3, and Superior Personnel, Inc., (collectively "the Parties"), by and through their respective attorneys, to jointly move for the Court to approve the settlement entered between the Parties. In support of the motion, the Parties state as follows:

1. On August 31, 2015, Plaintiff filed a Complaint against Defendants alleging violations of the Fair Labor Standards Act, ("FLSA") Illinois Minimum Wage Law ("IMWL"), and Illinois Wage Payment and Collection Act ("IWPCA") arising out of her former employment with Defendants. D.E. 1.

2. Since that time, the parties have engaged in extensive arm's length settlement negotiations through counsel. As a result of these negotiations, the Parties have reached a mutually satisfactory settlement. The terms of the settlement are

contained in the Settlement Agreement and Release, which will be delivered to the Court for in camera review.

3. When an employee asserts a claim against his employer or former employer for wages under the FLSA or IMWL any settlement of that claim requires a court to review the settlement for fairness. *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986) (FLSA); *Lewis v. Giordano's Enterprises, Inc.*, 921 N.E.2d 740, 751 (1st Dist. 2009) (IMWL). Under the FLSA, an employee may settle his claims against his employer if the parties agree on the terms, and the court approves the settlement as a fair and reasonable resolution. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

5. The Parties request the Court approve the Settlement Agreement because it is a fair and reasonable resolution of bona fide disputes over wages under the FLSA and IMWL. The settlement was the product of arm's length-negotiations by the parties. It provides full relief to the Plaintiff and members of the Plaintiff Class and eliminates the inherent risks both sides would bear if this litigation were to continue. Accordingly, the Parties respectfully request that this Court enter an Order in which the Court holds that the proposed settlement reflects a fair and reasonable resolution of a *bona fide* dispute regarding wages and approves the settlement.

6. The Parties further request approval of this Court for the terms and contents of the "Notice to Envision Graphics' Employees Regarding Overtime Pay Settlement" ("Notice") and that the Court authorize Notice to be provided together with payment, as detailed in the Settlement Agreement.

7. Following approval of the Settlement Agreement and expiration of the notice period, the Parties further request the dismissal of this suit with prejudice, as to the

Plaintiff as well as to all class members who have not expressly opted out of the Settlement, with each party to bear its or her own costs and attorneys' fees. A proposed order is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendants respectfully request that this Court enter an Order (a) approving the Settlement Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA, IMWL and IWPCA, (b) approving the terms and contents of the Notice, (c) authorizing Notice and payment to be disbursed, and (d) dismiss this suit as set for the above and with each party to bear its or her own costs and attorneys' fees.

Dated: March 18, 2016

Respectfully submitted,

| | |
|---|---|
| MAYRA HUERTA, on behalf of herself and all others similarly situated, both known and unknown, | ENVISION GRAPHICS, LLC a/k/a ENVISION 3, |
| By: /s/ Alexis D. Martin<br>One of Plaintiffs' Attorneys | By: /s/ Kearney W. Kilens<br>One of Defendant's Attorneys |
| Caffarelli & Associates, Ltd.<br>224 S. Michigan Ave., Suite 300<br>Chicago, Illinois 60604<br>Tel. (312) 763-6880 | Litchfield Cavo, LLP<br>303 W. Madison Street, Suite 300<br>Chicago, Illinois 60606<br>Tel. (312) 781-6686 |
| | SUPERIOR PERSONNEL, INC. |
| | By: /s/ Patrick C. Keeley<br>One of Defendant's Attorneys |
| | Piccione, Keeley & Associates, Ltd.<br>122C South County Farm Road<br>Wheaton, Illinois 60187<br>Tel. (630) 653-8000 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she served a copy of the attached document, **Joint Motion for Court Approval of Settlement, Authorization to Send Notice and Dismissal of Complaint**, to the parties listed below by electronically filing the same with the Clerk of the U.S. District Court of the Northern District of Illinois on March 18, 2016.

Kearney Kilens (kilens@litchfieldcavo.com)
Christie B. Benear (benear@litchfieldcavo.com)
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606

Patrick C. Keeley (pkeeley@pkalaw.com)
David Johnson (djohnsonjr@pkalaw.com)
Piccione, Keeley & Associates, Ltd.
122C South County Farm Road
Wheaton, Illinois 60187


                                               /s/ Alexis D. Martin
                                               One of Plaintiffs' attorneys