UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAYRA HUERTA, on behalf of herself and all other similarly situated persons, known and unknown,<br><br>          Plaintiffs,<br><br>v.<br><br>ENVISION GRAPHICS, LLC, a/k/a ENVISION 3, and SUPERIOR PERSONNEL, INC.,<br><br>          Defendants. | Case No. 15-CV-07626<br><br>**Judge Virginia M. Kendall**<br><br>Magistrate Judge Geraldine Soat Brown |

## ORDER OF APPROVAL OF SETTLEMENT AND AUTHORIZATION TO SEND NOTICE

**THIS CAUSE** having come before the Court on the Parties' Joint Motion for Court Approval of Settlement, Authorization to Send Notice, and Dismissal of Complaint, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court hereby grants the Parties' Joint Motion.

2. After having reviewed the terms and conditions hereof, this Court hereby accepts and approves the settlement reached between the parties as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act, Illinois Minimum Wage Law, and Illinois Wage Payment and Collection Act.

3. The Court approves the form and content of the "Notice to Envision Graphics' Employees Regarding Overtime Pay Settlement" and authorizes notice to be sent within thirty (30) days following the entry of this Order.

4. On or before June 5, 2016, the parties will provide the Court with documentation of all employees who expressly opt out of accepting settlement of his or her potential claims under the provisions of the Fair Labor Standards Act, Illinois Minimum Wage Law, and Illinois Wage Payment and Collection Act. Following receipt and approval of this documentation, the Court will enter an Order dismissing this lawsuit in its entirety and with prejudice, with each party to bear her or its own attorneys' fees and costs except as otherwise agreed.

**ORDERED** this 25th day of March, 2016

_____
Virginia M. Kendall, U.S. District Court Judge